# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Antwon Dontae Rolland, II

v.

Kalamazoo, County of
and Deputy Duryl Cook,
in his individual capacity

Case No. 1:26-cv-1222

Hon. Paul L. Maloney

TO: Deputy Duryl Cook
ADDRESS: 739 Mills St.
Kalamazoo, MI 49001-2534

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to  serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within   21   days after service of this sum mons on y ou (not counting the day  you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Michael L. Jones
Marko Law, PLLC (Detroit)
220 W Congress, 4th Fl.
Detroit, MI 48226
(313) 777-7529

CLERK OF COURT



April 17, 2026
By: Deputy Clerk                                       Date

---

## PROOF OF SERVICE

This summons for _____ Deputy Duryl Cook _____ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Antwon Dontae Rolland, II

v.

Kalamazoo, County of
and Deputy Duryl Cook,
in his individual capacity

Case No. 1:26-cv-1222
Hon. Paul L. Maloney

TO: Kalamazoo, County of
ADDRESS: 201 W Kalamazoo Ave.
Kalamazoo, MI 49007

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this sum mons on you (not counting the day  you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
  113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Michael L. Jones
Marko Law, PLLC (Detroit)
220 W Congress, 4th Fl.
Detroit, MI 48226
(313) 777-7529

CLERK OF COURT



By: Deputy Clerk

April 17, 2026
Date

---

## PROOF OF SERVICE

This summons for _____Kalamazoo, County of_____ was received by me on _____.
(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
          (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address