UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTWON DONTAE ROLLAND II, | Case No. 26-cv-01222 |
| | Judge Paul L. Maloney |
| Plaintiff, | Magistrate Judge Sally J. Berens |
| v. | |
| KALAMAZOO COUNTY, and, | |
| DEPUTY DURYL COOK in his | |
| Individual capacity, | |
| Defendants. | |

### DEFENDANT COOK'S ANSWER TO COMPLAINT

Defendant, **DEPUTY DURYL COOK**, only, by and through the undersigned counsel, submits the following as his Answer to the Complaint:

1.     In answer to Paragraph No. 1, this Defendant admits that Plaintiff is attempting to plead a civil rights action for malicious prosecution and due process violations. This Defendant denies that Plaintiff was wrongfully arrested, detained, and prosecuted for the reason that it is untrue. This Defendant denies that he deliberately suppressed evidence. Defendant admits that the evidence was later disclosed but denies any intentionality in the timing of the disclosure. Defendant admits that Plaintiff has plead he seeks compensatory and punitive damages, as well as damages under Michigan law, but denies that he is entitled to such relief for that reason that he is not.

2.      In answer to Paragraph No. 2, Defendant admits that this Court has jurisdiction of the claims as pled. Defendant further admits that the court can exercise supplemental jurisdiction over the state law claim so long as the federal claims exist.

3.      In answer to Paragraph No. 3, Defendant admits that venue is proper for the reason stated, but denies any implication any wrongful conduct occurred.

4.      In answer to Paragraph No. 4, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

5.      In answer to Paragraph No. 5, Defendant admits that Kalamazoo County is a political subdivision organized under the laws of the State of Michigan but denies that it operates the law enforcement agency for the reason that the County Sheriff's Office is statutorily prescribed to be under the direction of the Sheriff. Defendant admits that the Kalamazoo County Sheriff's Office serves as the governing Sheriff's Office for all of Kalamazoo County, that it operates a jail, and that it serves the community as proscribed by constitution and statute. As to any specific activities, this Defendant neither admits nor denies them because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

6.      In answer to Paragraph No. 6, Defendant admits that he was employe as a deputy with the Kalamazoo County Sheriff's Office as alleged, that he was acting within the scope of his employment, and that Plaintiff is suing him in his individual capacity.

7.      In answer to Paragraph No. 7, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

8.      In answer to Paragraph No. 8, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

9.      In answer to Paragraph No. 9, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

10.     In answer to Paragraph No. 10, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

11.     In answer to Paragraph No. 11, Defendant denies that the physical evidence tells a different story for a reason that it is untrue. Defendant admits that an analysis has reached that conclusion but can neither admit nor deny the accuracy thereof because he lacks sufficient information to form an opinion and therefore

leaves the Plaintiff to his proofs. Moreover, Defendant denies any suggestion that this analysis disproves premeditation and/or murder for the reason that it is untrue.

12.    In answer to Paragraph No. 12, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

13.    In answer to Paragraph No. 13, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

14.    In answer to Paragraph No. 14, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

15.    In answer to Paragraph No. 15, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

16.    In answer to Paragraph No. 16, Defendant admits that the murder charge was dropped, but denies that the case collapsed, and that Plaintiff was improperly locked up. As to any remaining allegations, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

17.    In answer to Paragraph No. 17, Defendant admits this allegation.

18.     In answer to Paragraph No. 18, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

19.     In answer to Paragraph No. 19, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

20.     In answer to Paragraph No. 20, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

21.     In answer to Paragraph No. 21, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

22.     In answer to Paragraph No. 22, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

23.     In answer to Paragraph No. 23, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

24.     In answer to Paragraph No. 24, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

25.     In answer to Paragraph No. 25, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

26.     In answer to Paragraph No. 26, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

27.     In answer to Paragraph No. 27, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

28.     In answer to Paragraph No. 28, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

29.     In answer to Paragraph No. 29, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

30.    In answer to Paragraph No. 30, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

31.    In answer to Paragraph No. 31, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

32.    In answer to Paragraph No. 32, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

33.    In answer to Paragraph No. 33, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

34.    In answer to Paragraph No. 34, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

35.    In answer to Paragraph No. 35, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

36.    In answer to Paragraph No. 36, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

37.    In answer to Paragraph No. 37, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

38.    In answer to Paragraph No. 38, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

39.    In answer to Paragraph No. 39, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

40.    In answer to Paragraph No. 40, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

41.    In answer to Paragraph No. 41, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

42.    In answer to Paragraph No. 42, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

43.    In answer to Paragraph No. 43, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

44.    In answer to Paragraph No. 44, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

45.    In answer to Paragraph No. 45, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

46.    In answer to Paragraph No. 46, denies that the evidence underminded the basis for the murder charge. As to as many remaining allegations, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

47.    In answer to Paragraph No. 47, Defendant denies that he had any duty to disclose any conflicts for the reason that it is untrue. As to any remaining allegations, Defendant can neither admit nor deny this allegation because he lacks

sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

48. In answer to Paragraph No. 48, Defendant denies that anyone would have realized the materiality of the recording. As to any remaining allegations, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

49. In answer to Paragraph No. 49, Defendant denies this allegation for the reason that it is untrue.

50. In answer to Paragraph No. 50, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

51. In answer to Paragraph No. 51, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

52. In answer to Paragraph No. 52, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

53. In answer to Paragraph No. 53, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

54.    In answer to Paragraph No. 54, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

55.    In answer to Paragraph No. 55, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

56.    In answer to Paragraph No. 56, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

57.    In answer to Paragraph No. 57, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

58.    In answer to Paragraph No. 58, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

59.    In answer to Paragraph No. 59, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

60.    In answer to Paragraph No. 60, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

61.    In answer to Paragraph No. 61, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

62.    In answer to Paragraph No. 62, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

63.    In answer to Paragraph No. 63, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

64.    In answer to Paragraph No. 64, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

65.    In answer to Paragraph No. 65, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

66. In answer to Paragraph No. 66, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

67. In answer to Paragraph No. 67, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

68. In answer to Paragraph No. 68, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

69. In answer to Paragraph No. 69, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

70. In answer to Paragraph No. 70, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

71. In answer to Paragraph No. 71, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

72.     In answer to Paragraph No. 72, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

73.     In answer to Paragraph No. 73, Defendants deny that this constitutes a favorable termination for the reason that it is untrue.

74.     In answer to Paragraph No. 74, Defendant denies that he caused any deprivation of liberty, illegal arrest or incarceration, or improper charges, for the reason that such allegations are not true. Plaintiff was lawfully arrested, charged, and imprisoned as demonstrated by his plea.

75.     In answer to Paragraph No. 75, Defendant denies any direct or implied allegation that he caused the suffering described therein for the reason that it is not true. As to any remaining allegations as to the conditions suffered by Plaintiff, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

76.     In answer to Paragraph No. 76, Defendant denies any direct or implied allegation that he caused the suffering described therein for the reason that it is not true. As to any remaining allegations as to the conditions suffered by Plaintiff, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

77.    In answer to Paragraph No. 77, Defendant denies that Plaintiff was wrongfully incarcerated. As to any remaining allegations, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

78.    In answer to Paragraph No. 78, Defendant denies any direct or implied allegation that he caused the suffering described therein for the reason that it is not true. As to any remaining allegations as to the conditions suffered by Plaintiff, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

79.    In answer to Paragraph 79, Defendant denies any direct or implied allegation that he caused the suffering described therein for the reason that it is not true. As to any remaining allegations as to the conditions suffered by Plaintiff, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

80.    In answer to Paragraph 80, Defendant denies any direct or implied allegation that he caused the actions described therein for the reason that it is not true. As to any remaining allegations as to the actions taken by Plaintiff, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

81.     In answer to Paragraph 81, Defendant denies any direct or implied allegation that he caused the suffering described therein for the reason that it is not true. As to any remaining allegations as to the conditions suffered by Plaintiff, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

### Count I

82.     In answer to Paragraph 82, Defendant incorporates all of his answers stated above as if fully stated herein.

83.     In answer to Paragraph 83, Defendant admits that this is a general summary of the law, absent of any details on the requirements of each element.

84.     In answer to Paragraph 84, Defendant denies the allegation for the reason that it is untrue.

85.     In answer to Paragraph 85, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

86.     In answer to Paragraph 86, Defendant denies the allegation for the reason that it is untrue.

87.     In answer to Paragraph 87, Defendant denies the allegation for the reason that it is untrue.

88.    In answer to Paragraph 88, Defendant denies the allegation for the reason that it is untrue.

89.    In answer to Paragraph 89, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

90.    In answer to Paragraph 90, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

91.    In answer to Paragraph 91, Defendant denies the allegation for the reason that it is untrue.

92.    In answer to Paragraph 92, Defendant denies the allegation for the reason that it is untrue.

93.    In answer to Paragraph 93, Defendant admits that this is a general summary of the law, which in greater detail, speaks for itself. Defendant denies that this is an accurate and correct definition of what constitutes clearly established law for purposes of qualified immunity because the doctrine requires more specificity.

94.    In answer to Paragraph 94, Defendant denies the allegation for the reason that it is untrue.

95.    In answer to Paragraph 95, Defendant denies the allegation for the reason that it is untrue.

96.    In answer to Paragraph 96, Defendant admits that the murder charge carried a potential life sentence, but as to any remaining allegations, Defendant can neither admit nor deny this allegation because he lacks sufficient information to form an opinion and therefore leaves the Plaintiff to his proofs.

97.    In answer to Paragraph 97, Defendant denies the allegation for the reason that it is untrue.

98.    In answer to Paragraph 98, Defendant denies the allegation for the reason that it is untrue.

99.    In answer to Paragraph 99, Defendant denies the allegation for the reason that it is untrue.

100.   In answer to Paragraph 100, Defendant denies the allegation for the reason that it is untrue.

101.   In answer to Paragraph 101, Defendant denies the allegation for the reason that it is untrue.

102.   In answer to Paragraph 102, Defendant states that this is a general statement of the law but denies that it accurately defines the clearly established law at the requisite level of specificity for qualified immunity application.

103.   In answer to Paragraph 103, Defendant denies the allegation for the reason that it is untrue.

104. In answer to Paragraph 104, Defendant denies the allegation for the reason that it is untrue.

105. In answer to Paragraph 105, Defendant denies the allegation for the reason that it is untrue.

Defendant respectfully requests that this Court deny Plaintiff the relief he seeks, enter an order that there is no cause of action and/or judgment in Defendant's favor, and award Defendant is costs and fees wrongly incurred in defending this matter.

## Count II

106. In answer to Paragraph 106, Defendant incorporates all of his answers stated above as if fully stated herein.

107. In answer to Paragraph 107, Defendant admits that this is a general and broad statement of the law, and that the case law further speaks for itself as to the specifics of such a claim.

108. In answer to Paragraph 108, Defendant admits that this is a general and broad statement of the law, and that the case law further speaks for itself as to the specifics of such a claim.

109. In answer to Paragraph 109, Defendant denies the allegation for the reason that it is untrue.

110.   In answer to Paragraph 110, Defendant denies the allegation for the reason that it is untrue.

111.   In answer to Paragraph 111, Defendant denies the allegation for the reason that it is untrue.

112.   In answer to Paragraph 112, Defendant denies the allegation for the reason that it is untrue.

113.   In answer to Paragraph 113, Defendant denies the allegation for the reason that it is untrue.

114.   In answer to Paragraph 114, Defendant denies the allegation for the reason that it is untrue.

115.   In answer to Paragraph 115, Defendant denies the allegation for the reason that it is untrue.

116.   In answer to Paragraph 116, Defendant admits that this is a general statement of the law but denies that it defines the clearly established right at issue at the required level of specificity for purposes of qualified immunity.

117.   In answer to Paragraph 117, Defendant denies the allegation for the reason that it is untrue.

118.   In answer to Paragraph 118, Defendant acknowledges that Plaintiff states his intentions as to the types of claims he has pled. Defendant denies that Plaintiff has pled such claims for the reason that he has, and cannot, do so under the

law. Defendant further denies that any wrongdoing as alleged therein occurred, i.e., the deliberate manipulation of evidence to secure and maintain a prosecution, for the reason that it is untrue.

119.    In answer to Paragraph 119, Defendant denies the allegation for the reason that it is untrue.

120.    In answer to Paragraph 120, Defendant denies the allegation for the reason that it is untrue.

Defendant respectfully requests that this Court deny Plaintiff the relief he seeks, enter an order that there is no cause of action and/or judgment in Defendant's favor, and award Defendant is costs and fees wrongly incurred in defending this matter.

## Count III

121.    In answer to Paragraph 140, Defendant incorporates all of his answers stated above as if fully stated herein and notes that Plaintiff's allegations skip paragraph numbers 121 through 139.

122.    In answer to Paragraph 141, Defendant denies the allegation for the reason that it is untrue.

123.    In answer to Paragraph 142, Defendant admits that this is a general statement of the law.

124. In answer to Paragraph 143, Defendant denies the allegation for the reason that it is untrue.

125. In answer to Paragraph 144, Defendant denies the allegation for the reason that it is untrue.

126. In answer to Paragraph 145, Defendant denies the allegation for the reason that it is untrue.

127. In answer to Paragraph 146, Defendant denies the allegation for the reason that it is untrue.

128. In answer to Paragraph 147, Defendant denies the allegation for the reason that it is untrue.

Defendant respectfully requests that this Court deny Plaintiff the relief he seeks, enter an order that there is no cause of action and/or judgment in Defendant's favor, and award Defendant is costs and fees wrongly incurred in defending this matter.

## Count V (skipping Count IV because it is missing)

129. In answer to Paragraph 148, Defendant incorporates all of his answers stated above as if fully stated herein and notes that Plaintiff's allegations skip a Count IV as noted above.

130. In answer to Paragraph 149, Defendant admits that this is a general statement of the law.

131.   In answer to Paragraph 150, Defendant admits that this is a general statement of the law.

132.   In answer to Paragraph 151, Defendant admits this general statement of the law and description of his employment.

133.   In answer to Paragraph 152, Defendant denies the allegations, including the subparagraphs (a) through (e) for the reason that it is untrue.

134.   In answer to Paragraph 153, Defendant denies the allegation for the reason that it is untrue.

135.   In answer to Paragraph 154, Defendant denies the allegation for the reason that it is untrue.

136.   In answer to Paragraph 155, Defendant denies the allegation for the reason that it is untrue.

Defendant respectfully requests that this Court deny Plaintiff the relief he seeks, including that defined in the Request for Relief, enter an order that there is no cause of action and/or judgment in Defendant's favor, and award Defendant is costs and fees wrongly incurred in defending this matter.

Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ Kali M. L. Henderson (P76479)
*Attorneys for Defendants*
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067

P: (248) 733-3580
F: (248) 733-3633
Dated: June 8, 2026                         E: khenderson@sewardhenderson.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ANTWON DONTAE ROLLAND II,**

      Plaintiff,

v.

**KALAMAZOO COUNTY,** and,
**DEPUTY DURYL COOK** in his
Individual capacity,

      Defendants.

Case No. 26-cv-01222
Judge Paul L. Maloney
Magistrate Judge Sally J. Berens

## DEFENDANT COOK'S AFFIRMATIVE DEFENSES

Defendant, **DEPUTY DURYL COOK**, only, by and through the undersigned counsel, submits the following as his Affirmative Defenses:

1.    That the Defendant is entitled to invoke the doctrine of qualified immunity which bars the claims made herein.

2.    That some or all of the claims herein are barred by the applicable statute of limitations.

3.    That probable cause existed for the arrest of plaintiff, and as such, the claims herein must be dismissed.

4.    That plaintiff did not obtain a favorable termination by entering into a plea agreement.

5.     That plaintiff did not suffer any damages because he was lawfully incarcerated because his conduct violated the law and he would have been incarcerated for the same period of time.

6.     That this defendant does not make charging decisions, and as such, the claims against him should be dismissed.

7.     That this defendant does not determine the litigation strategy of the prosecutor, and as such, the claims herein must be dismissed.

8.     That the defendant is entitled to protections under the Michigan Governmental Tort Liability Act, specifically he is entitled to immunity pursuant to MCL 691.1407.

9.     That the defendant is entitled to the protections of qualified immunity under Michigan's common law.

10.     That plaintiff may have failed to mitigate his damages.

11.     That the plaintiff is the cause of his own damages.

Defendant reserves the right to list additional affirmative defenses as they become known to him throughout the course of this litigation.

Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ Kali M. L. Henderson (P76479)
*Attorneys for Defendants*
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067

P: (248) 733-3580

F: (248) 733-3633

Dated: June 8, 2026                     E: khenderson@sewardhenderson.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ANTWON DONTAE ROLLAND II,**

      Plaintiff,

v.

**KALAMAZOO COUNTY,** and,
**DEPUTY DURYL COOK** in his
Individual capacity,

      Defendants.

Case No. 26-cv-01222
Judge Paul L. Maloney
Magistrate Judge Sally J. Berens

## DEFENDANT COOK'S AFFIRMATIVE DEFENSES

Defendant, **DEPUTY DURYL COOK**, only, by and through the undersigned counsel, hereby relies on the jury demand submitted by Plaintiff and further submits his own independent demand for all claims triable by a jury.

Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ Kali M. L. Henderson (P76479)
*Attorneys for Defendants*
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067
P: (248) 733-3580
F: (248) 733-3633
E: khenderson@sewardhenderson.com

Dated: June 8, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on **June 8, 2026,** I electronically filed the foregoing 3 documents with the Clerk of the Court via the CM/ECF system, which will send notice to all parties and attorneys of record.

/s/Kali M. L. Henderson
**SEWARD HENDERSON PLLC**